1 | André E. Jardini (State Bar No. 71335)
aej@kpclegal.com
2 | K.L. Myles (State Bar No. 243272)
klm@kpclegal.com
3 | KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th Floor
4 | Glendale, California 91203-1904
Telephone: (818) 547-5000
5 | Facsimile: (818) 547-5329

6 | Attorneys for Plaintiff and Counter-Defendant
RESONANCE TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESONANCE TECHNOLOGY, INC., | NO.   CV09-09538 MRP (PLAx) |
| Plaintiff, | Ctrm:                                       12 |
| v. | Judge: The Hon. Mariana R. Pfaelzer<br>Date Action Filed:       12/30/2009 |
| SCHILLER AG, a Swiss corporation,<br>SCHILLER AMERICA, INC., a Florida Corporation, | [PROPOSED] ORDER |
| Defendants. | |
| SCHILLER AG, a Swiss corporation,<br>SCHILLER AMERICA, INC., a Florida corporation, | |
| Cross-Claimants, | |
| v. | |
| RESONANCE TECHNOLOGY, INC., | |
| Counter-Defendant.. | |

26 | ////
27 | ////
28 | ////

KNAPP,
PETERSEN
& CLARKE

-1-

1145946.1  08000/00922

1  IT IS SO ORDERED that the pertinent dates listed below concerning the
2  discovery and motion schedule are approved.

| | |
|---|---|
| April 15, 2011 | Opening expert reports on which a party has the burden of proof |
| May 6, 2011 | Rebuttal expert reports |
| May 27, 2011 | Close of fact and expert discovery (pursuant to the Court's November 29, 2010 order) |
| July 1, 2011 | Last day to file and serve dispositive motions |

Dated: _____

The Hon. Mariana R. Pfaelzer
Judge of the United States District Court

KNAPP, PETERSEN & CLARKE

1145946.1 08000/00922